UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-20728-JAL

JACKELIN J RODRIGUEZ MARTINEZ and )
all others similarly situated under 29 U.S.C. )
216(b), )
                                                  Plaintiff, )
    vs. )
 
7TH AVENUE SHOES INC a/k/a SHOE )
TIME, )
MALIK WAQAS, )
 
                        Defendants. )
_____ )

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH [DE10]**

COMES NOW the Plaintiff, by and through undersigned, and files this Notice of Compliance with [DE10], and states that Plaintiff has served Defendants, by and through their counsel, with the Court's Order [DE10] and the required documents pursuant to same.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
    Neil Tobak, Esquire
    Florida Bar No.: 93940

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 4/5/17 TO:**

**Yasir Billoo**
**International Law Partners LLP**
**2122 Hollywood Blvd.**
**Hollywood, FL 33020**
**954-374-7722**
**Fax: 954-212-0170**
**Email: ybilloo@intlawpartners.com**

**BY:\_\_\_/s/\_\_\_Neil Tobak_____**
          **NEIL TOBAK, ESQ.**